

ORDERED in the Southern District of Florida on August 15, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          Chapter 13

JORGE L. LLORET,                                                          Case No.: 16-22759-LMI

    Debtor.
_____/

ORDER ON DEBTOR'S *EMERGENCY* MOTION TO REQUEST
APPROVAL TO BE ABLE TO MAKE A SHORT SALE ON MY PROPERTY

**THIS MATTER** came before the Court on August 14, 2017 upon the *Debtor's Emergency Motion to Request Approval to be Able to Make a Short Sale on My Property* (D.E. #42)(the "Motion").  The Court, being otherwise duly advised in the premises, it is, hereby

**ORDERED,** as follows:

1. The Motion to approve short sale is **DENIED** without prejudice.

###

Submitted by:
Chase A. Berger, Esq.
Florida Bar No. 083794
chase@bergerfirm.com
**BERGER FIRM P.A.**
3050 Biscayne Boulevard - Suite 402, Miami, Florida 33137
Telephone: (305) 501.2808 / Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
[Mr. Berger shall serve a conformed copy of this order upon all interested parties.]